135

(No. 6770)

THE FIELD AND SHORB COMPANY, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF TRANSPORTATION, Respondent.

*Opinion filed November 14, 1972.*

THE FIELD AND SHORB COMPANY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 6844)

JUDITH K. HAMILTON, Administrator of the Estate of ROBERT M. HAMILTON, Deceased, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF LAW ENFORCEMENT, Respondent.

*Opinion filed November 14, 1972.*

TAYLOR, TAYLOR AND SIKES, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.